Benjamin L. Rundall (No. 031661)
**ZWILLINGER WULKAN PLC**
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004
Tel: (602) 609-3800
Fax: (602) 962-3800
Email:  ben.rundall@zwfirm.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marco Verch,<br><br>                   Plaintiff,<br><br>v.<br><br>Smiles by Hanna PLLC,<br><br>                   Defendant. | No. 2:25-cv-02755-DJH<br><br>**ATTORNEY BENJAMIN L. RUNDALL'S APPLICATION TO WITHDRAW AS COUNSEL WITH CLIENT CONSENT**<br><br>(Assigned to the Hon. Diane J. Humetewa) |

Pursuant to LRCiv 83.3(b)(1), Benjamin L. Rundall, of the law firm Zwillinger Wulkan PLC, hereby files this application to withdraw as counsel of record for Defendant, Smiles by Hanna PLLC, in the above referenced matter. By signing below, Dr. Hannah Monsoor, consents to Benjamin Rundall of Zwillinger Wulkan PLC withdrawing as counsel of record for Smiles by Hanna.

Following the entry of an Order with respect hereto, please direct all future filings, mailing, notices, or correspondence directly to Hannah Monsoor at the information listed below:

Dr. Hannah Monsoor
3470 E. Bart Street
Gilbert, Arizona 85295
480-707-9092
smilesbyhanna1355@gmail.com

RESPECTFULLY SUBMITTED this 19th day of December, 2025.

**ZWILLINGER WULKAN PLC**

By: /s/ Benajmin L. Rundall
Benjamin L. Rundall
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004

*Attorney for Defendant*

/s/ Hannah Monsoor (with permission)

Dr. Hannah Monsoor (Defendant)

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on all counsel of record via the Court's CM/ECF system.

*/s/ Angela Castillo*